## UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| VANGUARD NATIONAL TRAILER CORPORATION,<br><br>              Plaintiff,<br><br>      v.<br><br>UNITED STATES,<br><br>              Defendant. | **Court No. 24-00034** |

### ORDER OF REASSIGNMENT

Pursuant to 28 U.S.C. § 253(c) and Rule 77(e)(4) of the Rules of this Court, the above-entitled action, previously assigned to the Honorable Timothy C. Stanceu, is hereby reassigned to the Honorable Gary S. Katzmann.

Dated at New York, New York, this 1st day of August, 2024

                                         /s/ Mark A. Barnett
                                          Mark A. Barnett
                                          Chief Judge